# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| RONALD MILLER, | ) Case No.: 1:11-cv-00243-PAG |
| Plaintiff | ) |
| | ) JUDGE: Hon. Patricia A. Gaughan |
| vs. | ) |
| MIDLAND FUNDING LLC, ET AL., | ) |
| Defendants | ) **NOTICE OF SERVICE** |

Plaintiff hereby notifies the Court that *PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION, INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS, PROPOUNDED UPON DEFENDANTS* was served (on paper and by email containing an electronic version) upon Defendants at the following address on June 27, 2011 by regular U.S. Mail, postage prepaid:

>James S. Wertheim (0029464)
>Brooke Turner-Bautista (0072364)
>McGlinchey Stafford PLLC
>25550 Chagrin Boulevard, Suite 406
>Cleveland, Ohio 44122-4640
>jswertheim@mcglinchey.com
>bbautista@mcglinchey.com
>
>Attorneys for Defendants

Respectfully submitted,

/s/ Gregory S. Reichenbach
Gregory S. Reichenbach (Ohio Bar # 0077876)
P.O. Box 256
Bluffton, OH 45817
(419) 529-8300 FAX: (419) 529-8310
Greg@ReichenbachLaw.com
One of the Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011, I served the following via the Court's CM/ECF system:

James S. Wertheim (0029464)
Brooke Turner-Bautista (0072364)
McGlinchey Stafford PLLC
25550 Chagrin Boulevard, Suite 406
Cleveland, Ohio 44122-4640
jswertheim@mcglinchey.com
bbautista@mcglinchey.com

Attorneys for Defendants

/s/ Gregory S. Reichenbach
Gregory S. Reichenbach (Ohio Bar # 0077876)
One of the Attorneys Plaintiff