UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| **RONALD MILLER,** | Case No.: 1:11-cv-00243-PAG |
| Plaintiff, | |
| v. | Judge: Hon. Patricia A. Gaughan |
| **MIDLAND FUNDING LLC,** | |
| Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

\* \* \*

The parties stipulate that the Complaint is hereby dismissed with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A), with each party to bear their own costs.

Respectfully submitted,

/s/ Gregory S. Reichenbach
_____
Gregory S. Reichenbach (0077876)
P.O. Box 256
Bluffton, OH  45817
Telephone: (419) 529-8300
Fax: (419) 529-8310
Email: Greg@ReichenbachLaw.com
One of the Attorneys for Plaintiff

Date: July 25, 2011

/s/ Brooke Turner-Bautista
_____
Brooke Turner-Bautista (0072364)
McGlinchey Stafford PLLC
25550 Chagrin Boulevard, Suite 406
Cleveland, Ohio 44122-4640
Telephone: (216) 378-9905
Facsimile: (216) 378-9910
Email: bbautista@mcglinchey.com
Attorney for Defendant

Date: July 25, 2011